[No. 71304-3-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS RICHARD WATTERS, JR., *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Becker and Leach, JJ.

[No. 71342-6-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRON PATRICK ALEXIS, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Trickey, JJ.

[No. 71409-1-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. YASIN ALI MOHAMED, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Trickey, JJ.

[No. 71460-1-I.   Division One.   June 8, 2015.]

*In the Matter of the Detention of* RICHARD ALLEN RUDE, JR.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.